IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CAROLYN STARNES                                                 PLAINTIFF

V.                              CIVIL ACTION NO. 4:05CV37TSL-AGN

LOWE'S HOME CENTERS, INC., et al.                    DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO LOWE'S COMPANIES, INC.

THIS CAUSE, having come before the Court upon the parties' joint *ore tenus* Motion for Judgment of Dismissal With Prejudice as to Lowe's Companies, Inc., and the Court having duly considered the same, and being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Lowe's Companies, Inc. is hereby fully and finally dismissed with prejudice and that this matter shall proceed against the Defendant, Lowe's Home Centers, Inc., as the real-party in interest for which liability, if any, may attach in premises.

SO ORDERED AND ADJUDGED, this the 17th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

__s/David H. Linder__
Counsel for Plaintiff

__s/Mark D. Morrison__
Counsel for Lowe's Companies, Inc.