**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

CAROLYN STARNES                                                                                    PLAINTIFF

V.                                                                           CIVIL ACTION NO. 4:05CV37TSL-AGN

LOWE'S HOME CENTERS, INC.                                                                DEFENDANT

**AGREED FINAL JUDGMENT OF
DISMISSAL WITH PREJUDICE**

THIS CAUSE, having come before the Court upon the parties' joint *ore tenus* Motion for Final Judgment of Dismissal With Prejudice, and the Court having duly considered the same, and being otherwise fully advised in the premises, finds that said Motion is well-taken and that the same should be, and is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action by and between the parties are hereby fully and finally dismissed with prejudice, with each party to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 31st day of   May,  2006.


                                                /s/ Tom S. Lee
                                                UNITED STATES DISTRICT JUDGE


AGREED:

    /s/ David H. Linder
Counsel for Plaintiff

    /s/ Mark D. Morrison
Counsel for Lowe's Home Centers,  Inc.